KYLE SCHUMACHER (BAR #121887)
kyle@schumacherlane.com
**SCHUMACHER LANE PLLC**
PO Box 558
Spring Branch, TX. 78070
503-482-8137 ph
210-783-1383 fax

Attorneys for Plaintiff
Juanita Burgess

UNITED STATES DISTRICT COURT

DISTRICT OF OREGON – PORTLAND DIVISION

| | |
|---|---|
| Juanita Burgess**,**<br><br>                Plaintiff,<br><br>     v.<br><br>Equifax Information Services, LLC; TransUnion, LLC; Great Lakes Educational Loan Services, Inc.; and DOES 1 through 100 inclusive**,**<br><br>                Defendants. | CASE NO.  3:20-cv-02029-BR<br><br>NOTICE OF INTENT TO SETTLE BETWEEN PLAINTIFF AND EQUIFAX INFORMATION SERVICES, LLC |

**TO THE COURT, CLERK OF COURT, AND ALL PARTIES:**

**PLEASE TAKE NOTICE THAT** Plaintiff Juanita Burgess and defendant Equifax Information Services, LLC (collectively, the "Parties"), have reached a settlement in principle of the above captioned case and are in the process of documenting said settlement. Plaintiff anticipates filing a dismissal of Equifax Information Services, LLC within 60 days once the settlement is finalized.

                                                                    **SCHUMACHER LANE PLLC**

Dated:  December 30, 2020          By:     */s/ Kyle W. Schumacher*
                                                                         Kyle W. Schumacher
                                                                         Attorney for Plaintiff

NOTICE OF INTENT TO SETTLE -1-